UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MARTIN CODY,<br><br>                  Petitioner,<br><br>            v.<br><br>R.L. GOWER, Warden,<br><br>                  Respondent. | Case No. EDCV 15-1497-FMO (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner Travis Martin Cody's Petition for Writ of Habeas Corpus ("Petition"), the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that Judgment be entered: (1) DENYING Claims One and Two of the Petition; (2) GRANTING Claims Three and Four of the Petition; and (3) ORDERING that the State of California, within 120 days from the entry of Judgment, shall either grant Petitioner a new trial on the special circumstance allegation, or vacate the special circumstance finding and sentence of life without the possibility of parole and resentence Petitioner in accordance with California law and the United States Constitution in the matter of People v. Travis

1  <u>Martin Cody</u>, Case No. INF10000236 of the California Superior Court of Riverside
2  County.
3
4  Dated: May 26, 2016
5  
   /s/
   _____
   HONORABLE FERNANDO M. OLGUIN
   United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28