JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MARTIN CODY, | Case No. EDCV 15-1497-FMO (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| R.L. GOWER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ORDERED that: (1) Claims One and Two of Petitioner Travis Martin Cody's Petition for Writ of Habeas Corpus ("Petition") are DENIED; and (2) Claims Three and Four of the Petition are GRANTED.

IT IS FURTHER ORDERED that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new trial on the special circumstance allegation, or vacate the special circumstance finding and sentence of life without the possibility of parole and resentence Petitioner in accordance with California law and the United States Constitution in the matter of <u>People v. Travis Martin Cody</u>, Case No. INF10000236 of the California Superior Court of Riverside County.

Dated: May 26, 2016

/s/
_____
HONORABLE FERNANDO M. OLGUIN
United States District Judge